UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
LIFE IS GOOD, INC.

         Plaintiff,

   v.

BENNETT SPANBOCK & CO., INC.,RICHARD
SPANBOCK, JAREL ENTERPRISES, INC.,
JEFF MAST, BRK INDUSTRIES, LTD. and
BARUCH KAHALON,

         Defendants.
--------------------------------------------------------X

Civil Action Number
07 CV 02738 (TPG)

**ANSWER TO AMENDED COMPLAINT**

  Defendants BRK Industries, Inc. and Baruch Kahalon, by their attorney Thomas Rubertone, Jr., for its Answer to the Amended Complaint, states as follows:

  1. Deny knowledge or information sufficient to form a belief as to the allegations in paragraph 1 of the Amended Complaint.

  2. Deny knowledge or information sufficient to form a belief as to the allegations in paragraph 2 of the Amended Complaint.

  3. Deny knowledge or information sufficient to form a belief as to the allegations in paragraph 3 of the Amended Complaint.

  4. Deny knowledge or information sufficient to form a belief as to the allegations in paragraph 4 of the Amended Complaint.

  5. Deny knowledge or information sufficient to form a belief as to the allegations in paragraph 5 of the Amended Complaint.

  6. Deny the allegations in paragraph 6 of the Amended Complaint.

7. Deny the allegations in paragraph 7 of the Amended Complaint, except admits that as President of BRK Industries, Ltd., Baruch Kahalon exercises some control over the corporate affairs of BRK.

8. Deny knowledge or information sufficient to form a belief as to the allegations in paragraph 8 of the Amended Complaint.

9. Deny knowledge or information sufficient to form a belief as to the allegations in paragraph 9 of the Amended Complaint.

10. Deny knowledge or information sufficient to form a belief as to the allegations in paragraph 10 of the Amended Complaint.

11. Deny knowledge or information sufficient to form a belief as to the allegations in paragraph 11 of the Amended Complaint.

12. Deny knowledge or information sufficient to form a belief as to the allegations in paragraph 12 of the Amended Complaint.

13. Deny knowledge or information sufficient to form a belief as to the allegations in paragraph 3 of the Amended Complaint.

14. Deny knowledge or information sufficient to form a belief as to the allegations in paragraph 14 of the Amended Complaint.

15. Deny knowledge or information sufficient to form a belief as to the allegations in paragraph 15 of the Amended Complaint.

. 16. Deny knowledge or information sufficient to form a belief as to the allegations in paragraph 16 of the Amended Complaint.

17. Deny knowledge or information sufficient to form a belief as to the allegations in paragraph 17 of the Amended Complaint.

.       18.     Deny knowledge or information sufficient to form a belief as to the allegations in paragraph 18 of the Amended Complaint.

19.     Deny knowledge or information sufficient to form a belief as to the allegations in paragraph 19 of the Amended Complaint.

20.     Deny knowledge or information sufficient to form a belief as to the allegations in paragraph 20 of the Amended Complaint.

21.     Deny knowledge or information sufficient to form a belief as to the allegations in paragraph 21 of the Amended Complaint.

22.     Deny knowledge or information sufficient to form a belief as to the allegations in paragraph 22 of the Amended Complaint.

23.     Deny the allegations in paragraph 23 of the Amended Complaint.

24.     Deny knowledge or information sufficient to form a belief as to the allegations in paragraph 24 of the Amended Complaint.

25.     Deny knowledge or information sufficient to form a belief as to the allegations in paragraph 25 of the Amended Complaint.

26.     Deny knowledge or information sufficient to form a belief as to the allegations in paragraph 26 of the Amended Complaint.

27.     Deny knowledge or information sufficient to form a belief as to the allegations in paragraph 27 of the Amended Complaint.

28.     Deny knowledge or information sufficient to form a belief as to the allegations in paragraph 28 of the Amended Complaint.

29.     Deny knowledge or information sufficient to form a belief as to the allegations in

paragraph 29 of the Amended Complaint.

30. Deny knowledge or information sufficient to form a belief as to the allegations in paragraph 30 of the Amended Complaint.

31. Deny knowledge or information sufficient to form a belief as to the allegations in paragraph 31 of the Amended Complaint.

32. Deny knowledge or information sufficient to form a belief as to the allegations in paragraph 32 of the Amended Complaint.

33. Deny the allegations in paragraph 33 of the Amended Complaint.

34. Deny knowledge or information sufficient to form a belief as to the allegations in paragraph 34 of the Amended Complaint.

35. Deny knowledge or information sufficient to form a belief as to the allegations in paragraph 35 of the Amended Complaint.

36. Deny the allegations in paragraph 36 of the Amended Complaint.

37. Deny the allegations in paragraph 37 of the Amended Complaint.

38. Deny the allegations in paragraph 38 of the Amended Complaint.

39. Deny the allegations in paragraph 39 of the Amended Complaint.

40. Deny the allegations in paragraph 40 of the Amended Complaint.

41. Repeat and restate their responses to the allegations contained in paragraphs 1 through 40 of the Amended Complaint as if fully set forth herein.

42. Deny knowledge or information sufficient to form a belief as to the allegations in paragraph 42 of the Amended Complaint.

43. Deny knowledge or information sufficient to form a belief as to the allegations in paragraph 43 of the Amended Complaint.

44. Deny knowledge or information sufficient to form a belief as to the allegations in paragraph 44 of the Amended Complaint.

45. Deny the allegations in paragraph 45 of the Amended Complaint.

46. Deny the allegations in paragraph 46 of the Amended Complaint.

47. Deny the allegations in paragraph 47 of the Amended Complaint.

48. Deny the allegations in paragraph 48 of the Amended Complaint.

49. Repeat and restate their responses to the allegations contained in paragraphs 1 through 48 of the Amended Complaint as if fully set forth herein.

50. Deny the allegations in paragraph 50 of the Amended Complaint.

51. Deny the allegations in paragraph 51 of the Amended Complaint.

52. Deny the allegations in paragraph 52 of the Amended Complaint.

53. Deny the allegations in paragraph 53 of the Amended Complaint.

54. Repeat and restate their responses to the allegations contained in paragraphs 1 through 54 of the Amended Complaint as if fully set forth herein.

55. Deny knowledge or information sufficient to form a belief as to the allegations in paragraph 55 of the Amended Complaint.

56. Deny the allegations in paragraph 56 of the Amended Complaint.

57. Deny the allegations in paragraph 57 of the Amended Complaint.

58. Deny the allegations in paragraph 58 of the Amended Complaint.

59. Repeat and restate their responses to the allegations contained in paragraphs 1 through 59 of the Amended Complaint as if fully set forth herein.

60. Deny the allegations in paragraph 60 of the Amended Complaint.

61. Deny the allegations in paragraph 61 of the Amended Complaint.

62. Deny the allegations in paragraph 62 of the Amended Complaint.

63. Deny the allegations in paragraph 63 of the Amended Complaint.

64. Deny the allegations in paragraph 64 of the Amended Complaint.

65. Repeat and restate their responses to the allegations contained in paragraphs 1 through 64 of the Amended Complaint as if fully set forth herein.

66. Deny knowledge or information sufficient to form a belief as to the allegations in paragraph 66 of the Amended Complaint.

67. Deny the allegations in paragraph 67 of the Amended Complaint.

68. Deny the allegations in paragraph 68 of the Amended Complaint.

69. Deny the allegations in paragraph 69 of the Amended Complaint.

WHEREFORE, defendant demands judgment dismissing the Amended Complaint, with costs, disbursements and attorneys fees and for such legal and equitable relief as the Court deems appropriate.

Dated: New York, New York
May 30, 2007

THOMAS RUBERTONE, JR.,
*Attorney for defendants BRK Industries, Ltd. and Baruch Kahalon*

_____
Thomas Rubertone, Jr. (TR 2193)
620 Pelham Road
New Rochelle, NY 10805
(646) 209-0301