UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

LIFE IS GOOD, INC.

                Plaintiff,

- against -

BENNETT SPANBOCK & CO., INC., RICHARD SPANBOCK, JAREL ENTERPRISES, INC., JEFF MAST, BRK INDUSTRIES, LTD. and BARUCK KAHALON,

                Defendants.

------------------------------------------------x

07 Civ. 2738 (TPG)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/08

On May 18, 2007, defendants BRK Industries, Ltd. and Baruch Kahalon filed an unopposed motion to extend their time to answer or otherwise respond to the complaint in this action. They have since answered the complaint. The motion is therefore denied as moot.

Dated: New York, New York
       March 25, 2008

SO ORDERED

*Thomas P. Griesa*

Thomas P. Griesa
U.S.D.J.